IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:04CR477 |
| vs. | ORDER TO RELEASE GARNISHMENT |
| CHRISTOPHER A. MILLER, | |
| Defendant. | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against ACG, LP (#75). For good cause shown,

IT IS HEREBY ORDERED that the garnishment against ACG Texas, LP, is released.

DATED this 4th day of November 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge